Elizabeth J. Crepps (SBN 288414)
MAYER BROWN LLP
350 South Grand Avenue
25th Floor
Los Angeles, CA 90071
Telephone: 213-229-9500
Facsimile: 213-625-0248

Nancy G. Ross (*pro hac vice*)
Samuel P. Myler (*pro hac vice*)
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
Telephone: 312-782-0600
Facsimile: 312-701-7711

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELLEN THOMAS, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NORTHROP GRUMMAN CORPORATION; NORTHROP GRUMMAN PLANS ADMINISTRATIVE COMMITTEE; NORTHROP GRUMMAN ELECTRONIC SYSTEMS-SPACE DIVISION CONSOLIDATED PENSION PLAN; NORTHROP GRUMMAN ERISA SUPPLEMENTAL PLAN,<br><br>　　　　Defendants. | CASE NO.: 2:15-CV-02115-PSG-FFM<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |

TO: THE COURT AND ALL PARTIES OF RECORD

The undersigned, counsel of record for the above-captioned defendants, certifies that the following entities are the only parties that may have a pecuniary interest in the outcome of this case.

| PARTY | CONNECTION/INTEREST |
|---|---|
| Northrop Grumman Corporation | Named defendant |
| Northrop Grumman Plans Administrative Committee | Named defendant |
| Northrop Grumman Electronic Systems-Space Division Consolidated Pension Plan | Named defendant |
| Northrop Grumman ERISA Supplemental Plan | Named defendant |

This representation is made for the sole purpose of enabling the Court to evaluate possible disqualification or recusal. Counsel will file an amended certification if any material change occurs in the status of the interested parties or if information is discovered that indicates additional parties may have a pecuniary interest in this case.

| | |
|---|---|
| | Respectfully submitted |
| Dated: July 22, 2015 | MAYER BROWN LLP |
| | /s/ *Samuel P. Myler* |
| | Elizabeth J. Crepps (SBN 288414) |
| | MAYER BROWN LLP |
| | 350 South Grand Avenue |
| | 25th Floor |
| | Los Angeles, CA 90071 |
| | Telephone: 213.229.9500 |
| | Facsimile: 213.625.0248 |
| | |
| | Nancy G. Ross (*pro hac vice*) |
| | Samuel P. Myler (*pro hac vice*) |
| | MAYER BROWN LLP |
| | 71 S. Wacker Drive |
| | Chicago, IL 60606 |
| | Telephone: 312-782-0600 |
| | Facsimile: 312-701-7711 |
| | |
| | *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

I certify that on July 22, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District of California, by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

      /s/ *Samuel P. Myler*

Attorney for Defendants